# EXHIBIT "1"

# Holland & Knight

777 South Flagler Drive | Suite 1900, West Tower | West Palm Beach, FL 33401 | T 561.833.2000 | F 561.650.8399
Holland & Knight LLP | www.hklaw.com

James J. Duffy
+1 561-650-8305
James.Duffy@hklaw.com

February 20, 2020

*Via FedEx*

Anthony Crothers, D.C.
5330 SW 186th Avenue
Southwest Ranches, FL 33332

Dear Dr. Crothers:

We represent State Farm Mutual Automobile Insurance Company ("State Farm Mutual") and State Farm Fire and Casualty Company ("State Farm Fire"). We would like to speak with you in-person to discuss, and attempt to amicably resolve, certain issues of concern pertaining to treatment and billings for services rendered by Northside Chiropractic, Inc., Doc Tony Westside Chiropractic, LLC, Southside Chiropractic Centre, Inc., and Doc Tony Clay Chiropractic, Inc. to State Farm Mutual and State Farm Fire Insureds. Please advise if you are represented in this capacity, and if so, please have your counsel contact me. If you are not represented in this capacity, I would like to schedule a brief phone call to discuss scheduling the conference. You can contact me by phone at (561-650-8305) or by email at (james.duffy@hklaw.com). Of course, if you are represented in this capacity, we would need you to contacts us through your counsel.

I appreciate you (or your counsel's) response on or before March 5, 2020 and look forward to hearing from you.

Sincerely yours,

HOLLAND & KNIGHT LLP

James J. Duffy