**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60504-CIV-ALTMAN/Hunt**

**NORTHSIDE CHIROPRACTIC, INC.,** *et al.,*

    *Plaintiffs*,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** *et al.*,

    *Defendants*.

_____/

**ORDER**

**THIS MATTER** comes before the Court on the Motion to Dismiss [ECF No. 12]. The Court held a hearing on the Motion on July 20, 2020 [ECF No. 26], at which the parties presented their oral arguments. For the reasons stated in open court, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. The Motion to Dismiss [ECF No. 12] is **GRANTED**. The Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

2. The Plaintiff shall file an amended complaint by **August 3, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of July 2020.

                                                _____
                                                **ROY K. ALTMAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record